1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD NAM, | ) Civil Action No. 2:19-cv-10980 CBM(JPRx) |
| Plaintiff, | ) Hon. Consuelo B. Marshall |
| v. | ) **ORDER GRANTING STIPULATED** |
| MONICA BOTKIER; BOTKIER BAGS INC., a New York Corporation; BOTKIER, NEW YORK, a New York Corporation; and SHOWROOM 35, a New York Corporation, | ) **DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)   [JS-6]** |
| Defendants. | ) |

1  Having reviewed the parties' Stipulated Dismissal of Entire Action With
2  Prejudice, the Court hereby ORDERS that all claims in the action are dismissed
3  in their entirety with prejudice. All parties shall bear their own costs and
4  attorney's fees.
5
6  **IT IS SO ORDERED.**
7
8  Dated: SEPTEMBER 14, 2020



Hon. Consuelo B. Marshall
United States District Judge

-1-